UNITED STATES OF AMERICA

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION


In re:

SIERRA L. DIATA and
DOUGLAS T. DIATA,

          Debtors.

_____/

Case No. DK 24-02700
Chapter 13
Hon. Scott W. Dales
Petition Date: 10/17/2024


**UNITED STATES' OBJECTION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN AND FIRST AMENDED CHAPTER 13 PLAN**

The United States of America, on behalf of its agency, the United States Internal Revenue Service (IRS), objects to the confirmation of the Debtor's Chapter 13 Plan and First Amended Chapter 13 Plan for the following reasons:

1.      On March 13, 2025, the IRS filed an amended proof of claim in the amount of $158,518.42.  The proof of claim consists of a secured claim for $5,388.46, a priority claim for $12,983.89, and an unsecured general claim for 140,146.07.  [Claim # 1-4.]

2.      11 U.S.C. § 1308(a) requires that "[n]ot later than the day before the date on which the meeting of the creditors is first scheduled to be held . . . the debtor shall file with appropriate tax authorities all tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition."  The meeting of creditors was first scheduled to be held on November 22, 2024.

3.      The IRS has no record of receiving the Debtors' federal income tax returns for the periods ending December 31, 2018, 2019, and 2020.  Further, the IRS has no record of receiving Debtor Sierra Diata's federal income tax return for the period ending December 31, 2015.

4.      Debtor Sierra Diata filed income tax returns for 2021 and 2023.  The 2021 return was assessed on September 16, 2024, with a liability and is a priority period.  The 2023 return, also, a priority period, was assessed on September 23, 2024, with an overpayment of $1008.00, which was offset to her 2013 tax liabilities.  Ms. Diata underreported her income on both her 2021 and her 2023 tax returns.  Amended tax returns (Form 1040X) needs to be filed for 2021 and 2023 to include the missing income.[1]

5.      Debtors may fax the completed original and amended returns that are signed, dated, and have full social security numbers to IRS Insolvency at 855-653-9142 and send the original returns to the appropriate IRS Service Center. The true amount of the unsecured priority claim of the IRS will not be known until Ms. Diata files amended returns for 2021 and 2023 and the amended returns are assessed by the IRS Service Center.  Depending on the amount of that claim, Debtors' Chapter 13 Plan may not be feasible.

6.      Debtors filed an objection to the proof of claim of the IRS on February 18, 2025. [Doc #:56.]  The IRS amended its proof of claim as set forth in paragraph 1 above.  Debtors' counsel has agreed to withdraw the objection.

---

[1] Tax Return Transcripts and Income Transcripts for 2021 and 2023 and an Income Transcript for 2015 for Ms. Diata will be provided upon request.

2

WHEREFORE, the United States requests that confirmation of the Debtors' Chapter 13

Plan and First Amended Plan be denied.


                                        ANDREW BYERLY BIRGE
                                        Acting United States Attorney


Dated:   March 19, 2025                 */s/ Nicole Mazzocco*
                                        NICOLE MAZZOCCO (P72354)
                                        Assistant United States Attorney
                                        330 Ionia Ave. NW, Suite 501
                                        Grand Rapids, Michigan 49503
                                        (616) 456-2404
                                        nicole.mazzocco@usdoj.gov