# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Sierra L. Diata
Douglas T. Diata

Debtor(s)

Case No. 24-02700-swd
Chapter 13
Hon. Scott W. Dales
Filed: October 17, 2024

## SECOND PRE-CONFIRMATION PLAN AMENDMENT

HISTORY:

- The Original Plan was filed on November 14, 2024. (DN 31)
- The First Pre-Confirmation Plan Amendment was filed on February 21, 2025. (DN 60)

PURPOSE:

- To amend Paragraph III.C.2.b. to change the interest rate to 0% so that it is clear that the claims are not being treated as secured due to a lack of equity after accounting for senior claims.

**This amendment affects the above referenced paragraphs only. All other provisions of the plan, as amended, remain unaffected by this amendment.**

III. **DISBURSEMENTS**

    C. **SECURED CLAIMS.**

        2. **Personal Property:**

            c. **Secured Claims Subject to 11 U.S.C. § 506**[i]: Claims in this class shall be paid as follows, plus an additional pro-rata amount that may be available from funds on hand at an interest rate specified below, or the contract rate specified in the proof of claim, whichever is lower. Creditor will be paid the lesser of the balance due as a secured claim as set forth in the proof of claim, or the fair market value (FMV) of the collateral as a secured claim, with any balance due over FMV treated as a general unsecured claim.

| Creditor, Address & Account No.[ii] | Collateral | FMV | Interest Rate | Pre-Conf. APP | Equal Monthly Payment |
|---|---|---|---|---|---|
| Kellogg Community CU<br>41 2nd St<br>Battle Creek, MI 4901<br>xx641<br>Claim #11 | Cross-Collateralized 2010 Chevrolet Malibu and 2 Story Rochester 16 x 30 Cabin after accounting for PMSI loans and IRS Tax Liens | $0.00<br>(Chevrolet Malibu FMV of $4,400.00 - $4,251.54 PMSI Lien from Claim #10 and $148.46 IRS Tax Lien from Claim #1) | 0.00 | $0.00 | $0.00 |

---

[i] If the collateral is a motor vehicle and is destroyed, the Debtor(s), with consent from the secured creditor and Trustee or by order of the Court, may use the collateral insurance proceeds to purchase replacement collateral, to which the creditor's lien shall attach.

[ii] If the creditor files a proof of claim with a balance owing which is different from the amount listed above, the proof of claim shall control as to the amount of the debt, unless a party in interest objects to the proof of claim.

| Creditor, Address & Account No.[ii] | Collateral | FMV | Interest Rate | Pre-Conf. APP | Equal Monthly Payment |
|---|---|---|---|---|---|
| | | (2 Story Rochester 16 x 30 Cabin FMV of $19,750.00 - $19,783.92 PMSI Lien from Claim #13) | | | |
| **Kellogg Community CU**<br>**41 2nd St**<br>**Battle Creek, MI 4901**<br>**xx910**<br>**Claim #12** | **Cross-Collateralized 2010 Chevrolet Malibu and 2 Story Rochester 16 x 30 Cabin after accounting for PMSI loans and IRS Tax Liens** | $0.00 (Chevrolet Malibu FMV of $4,400.00 - $4,251.54 PMSI Lien from Claim #10 and $148.46 IRS Tax Lien from Claim #1)<br><br>(2 Story Rochester 16 x 30 Cabin FMV of $19,750.00 - $19,783.92 PMSI Lien from Claim #13) | 0.00 | $0.00 | $0.00 |

BY FILING THIS DOCUMENT, THE ATTORNEY FOR THE DEBTOR(S) OR DEBTOR(S) THEMSELVES, IF NOT REPRESENTED BY AN ATTORNEY, ALSO CERTIFY(IES) THAT THE WORDING AND ORDER OF THE PROVISIONS IN THIS CHAPTER 13 PLAN ARE IDENTICAL TO THOSE CONTAINED IN THE APPROVED MODEL PLAN PURSUANT TO LOCAL BANKRUPTCY RULE 3015(d) FOR THE WESTERN DISTRICT OF MICHIGAN BANKRUPTCY COURT, OTHER THAN ANY NONSTANDARD PROVISIONS INCLUDED IN PARAGRAPH IV.R.

Date: March 26, 2025            /s/ Sierra L. Diata
                                Sierra L. Diata, Debtor


Date: March 26, 2025            /s/ Douglas T. Diata
                                Douglas T. Diata, Debtor


Date: March 26, 2025            /s/ Stephen J. Beard
                                Michael T. Brown (P71385)
                                Stephen J. Beard (P76575)
                                Counsel for the Debtor(s)