WWR#041621716

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - GRAND RAPIDS

In Re: Sierra L. Diata and Douglas T. Diata

              Debtors,

Case No.  24-02700-swd
Chapter 13
Hon. Scott W. Dales

_____/

WELTMAN, WEINBERG & REIS CO., L.P.A
By: Geoffrey J. Peters (OH 0063502)
Attorneys for Creditor
Kellogg Community Credit Union
5475 Rings Road, Suite 200
Dublin, OH 43017
614-883-0678
gpeters@weltman.com

Stephen Jered Beard
Attorney for Debtors
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033

_____/

**<u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND</u>**
**<u>TO WAIVE FOURTEEN-DAY STAY PURSUANT TO RULE 4001(a)(4)</u>**

Now comes Kellogg Community Credit Union ("Creditor"), by and through its attorneys, Weltman, Weinberg & Reis Co. L.P.A., and states the following as its Motion for Relief from Automatic Stay:

1.      This action is commenced pursuant to 11 U.S.C. § 361, 362, 363 and other Sections of Title 11 of the Bankruptcy Code.

2.      Sierra L. Diata and Douglas T. Diata ("Debtors") filed petition under 11 U.S.C., Chapter 13, on October 17, 2024.

3.      Pursuant to the provisions of 11 U.S.C. § 362(a), the filing of the Debtors' petition operates as an automatic stay against Creditor's rights as a secured creditor to proceed against Debtors' collateral.  A copy of the Creditor's proposed Order is attached as **Exhibit "A"**.

4.     On December 11, 2020, Douglas T. Diata did execute and deliver to the Creditor a certain Loan and Security Agreements and Disclosure Statement ("Contract") in the amount of $52,071.86 secured by a security interest in a 2021 CHEVROLET SILVERADO 2500HD, VIN No. 1GC4YNE72MF138378 ("Collateral"). A copy of the Contract is attached hereto as **Exhibit "B"** and a copy of the Michigan Department of State ELT Vehicle Search is attached hereto as **Exhibit "C"**.

5.     There remains due and owing on the Contract the sum of $23,514.24, including interest as of August 4, 2025.

6.     Creditor has not been adequately protected by periodic payments and there are arrearages of $2,102.94, for the months of April 21, 2025 through July 21, 2025, which consists of 4 payments of $661.49, less a partial payment of $543.02, as of August 4, 2025.

7.     Creditor believes that the collateral has a value of $27,600.00 according to Debtors' Amended Schedules filed on February 21, 2025; that Debtors may have equity in the collateral that is the subject of its Contract; and that the collateral may be of inconsequential value to the estate.

8.     Continuation of the automatic stay will work real and irreparable harm to Creditor and will deprive it of the adequate protection to which it is entitled for the following reasons, among others:

- Debtors may be without funds necessary to preserve and maintain the collateral in good condition.  The condition of the collateral is decreasing.
- Interest continues to accrue on Creditor's claim against Debtors and Debtors' contract is more than 4 months in arrears.

9.     Pursuant to Debtors' Chapter 13 Plan, as amended and confirmed, Debtors propose to pay Creditor directly.

10.     Creditor is entitled to relief from stay to recover possession of the collateral and liquidate its security interest.

11.     Creditor is informed and believes that no other party has an interest in the collateral above.

12.     Creditor specifically requests that the fourteen-day stay pursuant to Rule 4001(a)(4) prior to enforcement of the order requested herein be waived; such grace period is designed solely for appeal purposes, and an appeal in this matter would be frivolous and without merit.

WHEREFORE, Creditor prays this honorable Court Order that the automatic stay be lifted so as to permit Creditor to proceed to enforce its security interest in the collateral.

Respectfully submitted,
**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Dated: August 11, 2025

By:   /S/ Geoffrey J. Peters _____
Geoffrey J. Peters (OH 0063502)
Attorneys for Creditor
Kellogg Community Credit Union
5475 Rings Road, Suite 200
Dublin, OH 43017
614-883-0678
gpeters@weltman.com

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - GRAND RAPIDS

In Re: Sierra L. Diata and Douglas T. Diata

Debtors,

Case No. 24-02700-swd
Chapter 13
Hon. Scott W. Dales

_____/

WELTMAN, WEINBERG & REIS CO., L.P.A
By: Geoffrey J. Peters (OH 0063502)
Attorneys for Creditor
Kellogg Community Credit Union
5475 Rings Road, Suite 200
Dublin, OH 43017
614-883-0678
gpeters@weltman.com

Stephen Jered Beard
Attorney for Debtor
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033

_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE FOURTEEN-DAY STAY PURSUANT TO RULE 4001(a)(4)

The Court finding that a Motion for Relief from the Automatic Stay has been filed by Creditor, Kellogg Community Credit Union, in the above entitled matter; and the Court finding that L.B.R. 9013-1(c) provides for entry of an Order if a response has not been filed within 14 days after service of the Motion on the parties; and

the Court finding that no response has been filed within 14 days, and the Court having noted that Creditor Kellogg Community Credit Union has complied with applicable provisions of L.B.R. 9013(c) and L.B.R. 4001-1, and

the Court having determined that continuation of the automatic stay against Creditor Kellogg Community Credit Union would deny it the adequate protection afforded to it on its security interest pursuant to 11 U.S.C. § 361(3);

**IT IS HEREBY ORDERED** that the Motion for Relief from the Automatic Stay as to Kellogg Community Credit Union is hereby granted.

**IT IS FURTHER ORDERED** that the Automatic Stay as to Kellogg Community Credit Union's lien interest in a 2021 CHEVROLET SILVERADO 2500HD, VIN No. 1GC4YNE72MF138378 is lifted and Kellogg Community Credit Union (WWR# 041621716) is permitted to enforce its security interest and liquidate the collateral in accordance with applicable non-bankruptcy law.

**IT IS FURTHER ORDERED** that the fourteen-day stay imposed by Rule 4001(a)(4) is hereby waived.

**IT IS FURTHER ORDERED** that this Order shall remain valid notwithstanding conversion of this case to any other chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over all matters relating to enforcement of this order.

**IT IS FURTHER ORDERED** that Creditor shall serve a copy of this Order on the Debtors and all entities claiming an interest in the subject matter of the motion.

**END OF ORDER**



**KELLOGG COMMUNITY CU**
41 SECOND ST
PO BOX 140
BATTLE CREEK MI 49016-0140
(269)968-9251

## Loan and Security Agreements and Disclosure Statement

☐ **Covered Borrower Under Military Lending Act**

| LOAN DATE | | LOAN NUMBER | MATURITY DATE |
|---|---|---|---|
| 12/11/2020 | | 520 | 6/07/2028 |

| BORROWER 1 (Name & Address) | BORROWER 2 (Name & Address) |
|---|---|
| DOUGLAS T. DIATA<br>122 PHEASANT RUN<br>BATTLE CREEK MI 49015-7942 | |

| BORROWER 3 (Name & Address) | BORROWER 4 (Name & Address) |
|---|---|
| | |

### TRUTH IN LENDING DISCLOSURE ('e' means an estimate)

| ANNUAL PERCENTAGE RATE<br>The cost of Your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost You. | Amount Financed<br>The amount of credit provided to You or on Your behalf. | Total of Payments<br>The amount You will have paid after You have made all payments as scheduled. | Total Sale Price<br>The total cost of Your purchase on credit is $ N/A<br>which includes Your downpayment of $ N/A |
|---|---|---|---|---|
| 3.590 % | $ 7,380.51 e | $ 52,071.86 | $ 59,452.37 e | |

| Your Payment Schedule Will Be: | | | Prepayment: If You pay off early You will not have to pay a penalty. |
|---|---|---|---|
| Number of Payments | Amount of Payments | When Payments Are Due | **Required Deposit:** The Annual Percentage Rate does not take into account Your required deposit, if any. |
| 89 | $ 660.59 | 1/07/2021<br>MONTHLY THEREAFTER | **Demand:** ☐ This obligation has a demand feature. |
| 1 | $ 659.86 | 6/07/2028 | ☐ All disclosures are based on an assumed maturity of one year. |

| Property Insurance: You may obtain property insurance from anyone You want that is acceptable to the Credit Union. If You get the insurance from the Credit Union You will pay $ **N/A** | Filing Fees<br>$ N/A | Non-Filing Insurance<br>$ N/A |
|---|---|---|

**Late Charge:**

If payment is more than 7 day(s) late, you will be charged 5.00% of the scheduled payment or $30.00, whichever is greater.

**Security:** Collateral securing other loans with the Credit Union may also secure this Loan. You are giving a security interest in Your shares and dividends and, if any, Your deposits and interest in the Credit Union; and the Property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | Type | Value | Key Number |
|---|---|---|---|---|---|---|
| CHEVROLET | SILVERADO 2500HD | 21 | 1GC4YNE72MF138378 | A | $ 53,980.00<br>$<br>$ | |

Other (Describe)
Pledge of Shares $ _____ in Account No. _____ $ _____ in Account No. _____

**See Your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.**

### ITEMIZATION OF THE AMOUNT FINANCED ('e' means an estimate)

| Itemization of Amount Financed of<br>$ 52,071.86 | Amount Given to You Directly<br>$ N/A | Amount Paid on Your Account<br>$ N/A | Prepaid Finance Charge<br>$ N/A |
|---|---|---|---|

**Amounts Paid to Others on Your Behalf: (If an amount is marked with an asterisk (*) We will be retaining a portion of the amount.)**

| | | | | | |
|---|---|---|---|---|---|
| * $ 52,071.86 | To | CHARLOTTE TEAM ONE | $ | To | |
| $ | To | | $ | To | |
| $ | To | | $ | To | |
| $ | To | | $ | To | |
| $ | To | | $ | To | |
| $ | To | | $ | To | |

| Credit Union   **KELLOGG COMMUNITY CU** | | Loan No.  **520** |

## MILITARY LENDING ACT DISCLOSURES

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

**Please call us at (800) 854-5421 to receive disclosure orally**

A "Covered Borrower" for purposes of this loan means a consumer who, at the time the consumer becomes obligated on this loan, is a covered member or a dependent of a covered member as defined by the Military Lending Act. A Covered Borrower does not mean a consumer who (though a Covered Borrower at the time he or she became obligated on this transaction) no longer is a covered member or a dependent of a covered member as defined by the Military Lending Act.

## LOAN AGREEMENT

In this Loan Agreement ("Agreement") all references to "Credit Union", "We", "Our" or "Us" mean the Credit Union whose name appears above and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "You" or "Your" mean each person who signs, or otherwise authenticates, this Agreement as a borrower.

**1. PROMISE TO PAY** - You promise to pay $ **52,071.86**   to the Credit Union plus interest on the unpaid balance until what You owe has been repaid. For **fixed rate** loans, the interest rate is   **3.590**   % per year.

**Collection Costs:**

**You promise to pay all costs of collecting the amount you owe under this Agreement to the extent permitted by state law.**

**2. PAYMENTS** - You promise to make payments of the amount and at the time shown in the Truth in Lending Disclosure. You may prepay any amount without penalty. If You prepay any part of what You owe, You are still required to make the regularly scheduled payments, unless We have agreed to a change in the payment schedule. Because this is a simple interest loan, if You do not make payments exactly as scheduled, Your final payment may be more or less than the amount of the final payment that is disclosed. If You elect voluntary payment protection, We will either include the premium or program fee(s) in Your payments or extend the term of Your loan. If the term is extended, You will be required to make additional payments of the scheduled amount, until what You owe has been paid. You promise to make all payments to the place We choose. If this loan refinances another loan You have with Us, the other loan will be canceled and refinanced as of the date of this loan. Unless otherwise required by law, payments will be applied to amounts owed in the manner We choose.

**3. LOAN PROCEEDS BY MAIL** - If the proceeds of this loan are mailed to You, interest on this loan begins on the date the loan proceeds are mailed to You.

**4. SECURITY FOR LOAN** - This Agreement is secured by all property described in the "Security" section of the Truth in Lending Disclosure. Property securing other loans You have with Us also secures this loan, unless the property is a dwelling or otherwise prohibited by federal and/or state law. In addition to Your pledge of shares, We may also have what is known as a statutory lien on all individual and joint accounts You have with Us. A statutory lien means We have the right under federal and/or state law to claim an interest in Your accounts. Unless otherwise prohibited by federal and/or state law, We can enforce a statutory lien against Your shares and dividends and, if any, interest and deposits, in all individual and joint accounts You have with Us to satisfy any outstanding financial obligation that is due and payable to Us. We may exercise Our right to enforce this lien without further notice to You, to the extent permitted by law. *For all borrowers:* You pledge as security for this loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts You have with the Credit Union now and in the future. **The statutory lien and/or Your pledge will allow Us to apply the funds in Your account(s) to what You owe when You are in default.** If a dollar amount and account number are listed in the "Security" section of the Truth in Lending Disclosure, You may not withdraw the amount that has been specifically pledged to secure this loan until the Credit Union agrees to release all or part of the pledged amount. The statutory lien and Your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.

**5. DEFAULT** - You will be in default under this Agreement if You do not make a payment of the amount required on or before the date it is due. You will be in default if You break any promise You made in connection with this loan or if anyone is in default under any security agreement made in connection with this Agreement. You will be in default if You die, file for bankruptcy, become insolvent (that is, unable to pay Your bills and loans as they become due), or if You made any false or misleading statements in Your loan application. You will also be in default if something happens that We believe may seriously affect Your ability to repay what You owe under this Agreement or if You are in default under any other loan agreement You have with Us.

**6. ACTIONS AFTER DEFAULT** - When You are in default, We may demand immediate payment of the entire unpaid balance under this Agreement. If We demand immediate payment, You will continue to pay interest at the rate provided for in this Agreement, until what You owe has been repaid. **We will also apply against what You owe any shares and/or deposits**

NZX021-E

| Credit Union   **KELLOGG COMMUNITY CU** | ▮▮▮▮▮ | Loan No.  **520** |

given as security under this Agreement. We may also exercise any other rights given by law when You are in default. **Unless You are a Covered Borrower under the Military Lending Act, You waive any right You have to receive demand for payment, notice of intent to demand immediate payment and notice of demand for immediate payment.**

**7. EACH PERSON RESPONSIBLE** - Each person who signs, or otherwise authenticates, this Agreement will be individually and jointly responsible for paying the entire amount owed under this Agreement. This means We can enforce Our rights against any one of You individually or against all of You together.

**8. LATE CHARGE** - If You are late in making a payment, You promise to pay the late charge shown in the Truth in Lending Disclosure. If no late charge is shown, You will not be charged one.

**9. DELAY IN ENFORCING RIGHTS** - We can delay enforcing any of Our rights under this Agreement any number of times without losing the ability to exercise Our rights later. We can enforce this Agreement against Your heirs or legal representatives.

**10. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**11. NOTICES** - Notices will be sent to You at the most recent address You have given Us in writing. Notice to any one of You will be notice to all.

**12. USE OF ACCOUNT** - You promise to use Your account for consumer (personal, family or household) purposes, unless the Credit Union gives You written permission to use the account also for agricultural or commercial purposes, or to purchase real estate.

**13. NO ORAL AGREEMENTS -- THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND COMMERCE CODE, IF SUCH SECTION APPLIES. THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**14. The following is required by Vermont law:** NOTICE TO COSIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.

**15. NOTICE TO UTAH BORROWERS:** This written Agreement is the final expression of the Agreement between You and the Credit Union. This written Agreement may not be contradicted by evidence of any oral agreement.

**16. OTHER PROVISIONS -**

## SECURITY AGREEMENT

In this Security Agreement ("Agreement") all references to "Credit Union", "We", "Our" or "Us" mean the Credit Union whose name appears on this document and anyone to whom the Credit Union assigns or transfers this Agreement. All references to the "Loan" mean the loan described in the Loan Agreement that is part of this document. All references to "You" or "Your" mean any person who signs, or otherwise authenticates, this Agreement.

**1. THE SECURITY FOR THE LOAN** - You give Us what is known as a security interest in the Property described in the "Security" section of the Truth in Lending Disclosure that is part of this document ("the Property"). The security interest You give includes all accessions. Accessions are things which are attached to or installed in the Property now or in the future. The security interest also includes any replacements for the Property which You buy within 10 days of the Loan and any extensions, renewals or refinancings of the Loan. It also includes any money You receive from selling the Property or from insurance You have on the Property. If the value of the Property declines, You promise to give Us more property as security if asked to do so.

**2. WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** - The security interest secures the Loan and any extensions, renewals or refinancings of the Loan. **Unless prohibited by applicable law, the security interest also secures any other loans, including any credit card loan, You have now or receive in the future from Us and any other amounts You owe Us for any reason now or in the future, except any loan secured by Your principal dwelling.** If the Property is household goods as defined by the Federal Trade Commission Credit Practices Rule or Your principal dwelling, the Property will secure only this Loan and not other loans or amounts You owe Us.

**3. OWNERSHIP OF THE PROPERTY** - You promise that You own the Property or, if this Loan is to buy the Property, You promise You will use the Loan proceeds for that purpose. You promise no one else has any interest in or claim against the Property that You have not already told Us about. You promise not to sell or lease the Property or to use it as security for a loan with another creditor until the Loan is repaid. You promise You will allow no other security interest or lien to attach to the Property either by Your actions or by operation of law.

**4. PROTECTING THE SECURITY INTEREST** - If Your state issues a title for the Property, You promise to have Our security interest shown on the title. We may have to file what is called a financing statement to protect Our security interest from the claims of others. You irrevocably authorize Us to execute (on Your behalf), if applicable, and file one or more financing, continuation or amendment statements pursuant to the Uniform Commercial Code (UCC) in a form satisfactory to Us. You

NZX021-E

| Credit Union   KELLOGG COMMUNITY CU | | Loan No.  520 |
|---|---|---|

promise to do whatever else We think is necessary to protect Our security interest in the Property. You also promise to pay all costs, including but not limited to any attorney fees, We incur in protecting Our security interest and rights in the Property, to the extent permitted by applicable law.

**5. USE OF PROPERTY** - Until the Loan has been paid off, You promise You will: (1) Use the Property carefully and keep it in good repair. (2) Obtain Our written permission before making major changes to the Property or changing the address where the Property is kept. (3) Inform Us in writing before changing Your address. (4) Allow Us to inspect the Property. (5) Promptly notify Us if the Property is damaged, stolen or abused. (6) Not use the Property for any unlawful purpose. (7) Not retitle the Property in another state without telling Us.

**6. PROPERTY INSURANCE, TAXES AND FEES** - You promise to pay all taxes and fees (like registration fees) due on the Property and to keep the Property insured against loss and damage. The amount and coverage of the property insurance must be acceptable to Us. You may provide the property insurance through a policy You already have, or through a policy You get and pay for. You promise to make the insurance policy payable to Us and to deliver the policy or proof of coverage to Us if asked to do so.

If You cancel Your insurance and get a refund, We have a right to the refund. If the Property is lost or damaged, We can use the insurance settlement to repair the Property or apply it towards what You owe. You authorize Us to endorse any draft or check which may be payable to You in order for Us to collect any refund or benefits due under Your insurance policy.

If You do not pay the taxes or fees on the Property when due or keep it insured, We may pay these obligations, but We are not required to do so. Any money We spend for taxes, fees or insurance will be added to the unpaid balance of the Loan and You will pay interest on those amounts at the same rate You agreed to pay on the Loan. We may receive payments in connection with the insurance from a company which provides the insurance. We may monitor Our loans for the purpose of determining whether You and other borrowers have complied with the insurance requirements of Our loan agreements or may engage others to do so. The insurance charge added to the Loan may include (1) the insurance company's payments to Us and (2) the cost of determining compliance with the insurance requirements. If We add amounts for taxes, fees or insurance to the unpaid balance of the Loan, We may increase Your payments to pay the amount added within the term of the insurance or term of the Loan.

**7. INSURANCE NOTICE** - If You do not purchase the required property insurance, the insurance We may purchase and charge You for will cover only Our interest in the Property. The premium for this insurance may be higher because the insurance company may have given Us the right to purchase insurance after uninsured collateral is lost or damaged. **The insurance will not be liability insurance and will not satisfy any state financial responsibility or no fault laws.**

**8. DEFAULT** - You will be in default if You break any promise You make or fail to perform any obligation You have under this Agreement. You will also be in default under this Agreement if the Loan is in default. You will be in default if any Property You have given Us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects the value of the Property or Our security interest in it.

**9. WHAT HAPPENS IF YOU ARE IN DEFAULT** - When You are in default, We may demand immediate payment of the outstanding balance of the Loan without giving You advance notice and take possession of the Property. You agree the Credit Union has the right to take possession of the Property without judicial process if this can be done without breach of the peace. If We ask, You promise to deliver the Property at a time and place We choose. If the Property is a motor vehicle or boat, You agree that We may obtain a key or other device necessary to unlock and operate it, when You are in default. We will not be responsible for any other property not covered by this Agreement that You leave inside the Property or that is attached to the Property. We will try to return that property to You or make it available for You to claim.

After We have possession of the Property, We can sell it and apply the money to any amounts You owe Us. We will give You notice of any public disposition or the date after which a private disposition will be held. Our expenses for taking possession of and selling the Property will be deducted from the money received from the sale. Those costs may include the cost of storing the Property, preparing it for sale and attorney's fees to the extent permitted under state law or awarded under the Bankruptcy Code.

If You have agreed to pay the Loan, You must pay any amount that remains unpaid after the sale money has been applied to the unpaid balance of the Loan and to what You owe under this Agreement. You agree to pay interest on that amount at the same rate as the Loan until that amount has been paid.

**10. DELAY IN ENFORCING RIGHTS AND CHANGES IN THE LOAN** - We can delay enforcing any of Our rights under this Agreement any number of times without losing the ability to exercise Our rights later. We can enforce this Agreement against Your heirs or legal representatives. If We change the terms of the Loan, You agree that this Agreement will remain in effect.

**11. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**12. NOTICE FOR ARIZONA OWNERS OF PROPERTY** - It is unlawful for You to fail to return a motor vehicle that is subject to a security interest, within thirty days after You have received notice of default. The notice will be mailed to the address You gave Us. It is Your responsibility to notify Us if Your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.00.

NZX021-E

| Credit Union. **KELLOGG COMMUNITY CU** | ▆▆▆▆▆▆ | Loan No. **520** |
|---|---|---|

☐ *The following notice applies ONLY when the box at left is marked.*

**13. NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**14. OTHER PROVISIONS -**

---

### SIGNATURES

By signing, or otherwise authenticating, as Borrower, You agree to the terms of the Loan Agreement. If Property is described in the "Security" section of the Truth in Lending Disclosure, You also agree to the terms of the Security Agreement. If You sign, or otherwise authenticate, as "Owner of Property" You agree only to the terms of the Security Agreement.

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE AGREEMENT BEFORE YOU SIGN IT**

| Borrower 1 Signature | Date |
|---|---|
| X *(signature)* | 12/11/2020 |
| **DOUGLAS T. DIATA** | (Seal) |

| Borrower 2 Signature | Date |
|---|---|
| X | (Seal) |

| Signature | Date |
|---|---|
| X | (Seal) |

| Signature | Date |
|---|---|
| X | (Seal) |

☐ Borrower 3:
☐ Owner of Property    ☐ Witness

☐ Borrower 4:
☐ Owner of Property    ☐ Witness

NZX021-E

**EXHIBIT "C"**

Michigan Department of State

SOS Home | MI.gov | FAQs | Contact Us

‹ KELLOGG COMMUNITY CREDIT UNION

## ELT Vehicle Search

| Vehicle Type | VIN | |
|---|---|---|
| Vehicle | 1GC4YNE72MF138378 | Search |

## Title Information

| Title Number | Title Issue Date | |
|---|---|---|
| MI0007729489 | 17-DEC-2020 | ☐ Electronic Title |

## Vehicle Information

| Year | Make | Model | Body Style |
|---|---|---|---|
| 2021 | CHEVROLET | SILVERADO | PICKUP |
| **MSRP** | **Unladen Weight** | **Mileage** | **Mileage Brand** |
| 45,400 | 0 | 33 | ACTUAL MILEAGE |
| **Vehicle Brands** | | | |
| NONE | | | ☐ Survivor Rights |

## Ownership Information

| Name | Address |
|---|---|
| DOUGLAS THABO DIATA | 18 1/2 MICHIGAN AVE W BATTLE CREEK MI 49017-3604 |

## Lienholder Information

| Name | Address |
|---|---|
| KELLOGG COMMUNITY CREDIT UNION | PO BOX 140 BATTLE CREEK MI 49016-0140 |
| **Filing Date** | **Lien Position** |
| 17-Dec-2020 | First Secured Party |

Michigan Secretary of State | Contact Us | FAQS | Privacy Statement

Copyright © 2019-2024 State of Michigan - All rights reserved.

Official Form 420A (Notice of Motion or Objection) (12/16)                    WWR # 041621716

# United States Bankruptcy Court
## Western District of Michigan

| | | |
|---|---|---|
| In Re | SIERRA L. DIATA | ) Case No. 24-02700-swd |
| | DOUGLAS T. DIATA | ) |
| | | ) Chapter 13 |

| | | |
|---|---|---|
| | Debtors. | ) |

Address        18 1/2 W Michigan Ave, Battle Creek, MI 49017        )

Last four digits of Social Security or Individual Tax-payer
Identification
(TIN) No(s). (if any) XXX-XX-8815 and XXX-XX-9047
Employers Tax Identification (EIN) No(s). (if any)

## <u>NOTICE OF MOTION FOR RELIEF FROM</u>
## <u>AUTOMATIC STAY TO THE DEBTOR/RESPONDENT:</u>

<u>Kellogg Community Credit Union</u> has filed papers with the court to request relief from the automatic stay.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to Lift the Automatic Stay as to Creditor, Kellogg Community Credit Union, or if you want the court to consider your views on the Motion for Relief from Automatic Stay, within 14 days from the date of service, you or your attorney must:

File with the court a written response or an answer, explaining your position at:

United States Bankruptcy Court
One Division Ave., NW, Room 200
Grand Rapids, MI  49503

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Geoffrey J. Peters, Esq.
Weltman, Weinberg & Reis, Co., L.P.A.
5475 Rings Road, Suite 200
Dublin, OH 43017

Elizabeth Clark
Chapter 13 Trustee
3350 Grand Ridge Dr NE, Suite 200
Grand Rapids, MI 49525

If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully submitted,
**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Dated: August 11, 2025

By:  /S/ Geoffrey J. Peters
Geoffrey J. Peters (OH 0063502)
Attorneys for Creditor
Kellogg Community Credit Union
5475 Rings Road, Suite 200
Dublin, OH 43017
614-883-0678
gpeters@weltman.com

WWR# 041621716

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - GRAND RAPIDS

In Re: Sierra L. Diata and Douglas T. Diata

                       Debtors,

Case No. 24-02700-swd
Chapter 13
Hon. Scott W. Dales

_____/

WELTMAN, WEINBERG & REIS CO., L.P.A
By: Geoffrey J. Peters (OH 0063502)
Attorneys for Creditor
Kellogg Community Credit Union
5475 Rings Road, Suite 200
Dublin, OH 43017
614-883-0678
gpeters@weltman.com

Stephen Jered Beard
Attorney for Debtors
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033

_____/


**<u>CERTIFICATE OF SERVICE</u>**

      I hereby do certify that a true and correct copy of the Creditor's Motion for Relief from the Automatic Stay, Exhibits, and Notice of Motion was sent to the following:


Elizabeth Clark, Chapter 13 Trustee at ecf@rodgersch13.com

Stephen Jered Beard, Attorney for Debtors at filing@acclaimlegalservices.com

Michael T. Brown, Attorney for Debtors at filing@acclaimlegalservices.com


on the <u>13th</u> day of August, 2025 by ECF/CM electronic notification.

Sierra L. Diata and Douglas T. Diata, Debtors
18 1/2 W Michigan Ave
Battle Creek, MI 49017

United States Trustee's Office
125 Ottawa NW, Suite 200R
The Ledyard Building, 2nd Floor
Grand Rapids, MI  49503


on the 13th day of August, 2025 by U.S. First Class Mail.


Respectfully submitted,
**WELTMAN, WEINBERG & REIS CO., L.P.A.**

By:  /S/ Jennie Adragna
Jennie Adragna, Legal Assistant